UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASZELL REEDER,<br><br>                    Plaintiff,<br><br>      -against-<br><br>CORRECTION OFFICER "JANE DOE"'<br>CORRECTION OFFICER "JOHN DOE"; K.<br>MATTHEWS; NURSE JANE DOE; SGT.<br>JOHN DOE,<br><br>                 Defendants. | 24-cv-3127 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 1, 2024, order, the Court finds that while Plaintiff was a prisoner, he filed three or more cases that are deemed strikes because they were dismissed as frivolous, malicious, or for failure to state a claim on which relief may be granted. Because Plaintiff has not shown cause why the bar order should not be imposed, Plaintiff is barred from filing future actions IFP in this court while he is a prisoner unless he is under imminent threat of serious physical injury. The Court denies Plaintiffs request to proceed IFP and dismisses the complaint without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. See 28 U.S.C. § 1915(g). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    October 7, 2024
             New York, New York

                               /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                         Chief United States District Judge